This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40462**

**ANDRAS SZANTHO, Personal Representative to the Wrongful Death Estate of Leonard Garcia,**

Plaintiff-Appellee,

v.

**PEAK MEDICAL NEW MEXICO NO. 3, LLC d/b/a LAS PALOMAS CENTER; ST. CATHERINE HEALTHCARE AND REHABILITATION CENTER, LLC d/b/a/ BEAR CANYON REHABILITATION CENTER; 1650 GALISTEO STREET OPERATIONS, LLC d/b/a CASA RAEL; GENESIS HEALTHCARE, INC.; GENESIS HEALTHCARE, LLC; and GENESIS ADMINISTRATIVE SERVICES, LLC,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Bryan P. Biedscheid, District Court Judge**

Ron Bell Injury Lawyers
Lee L. Coleman
Albuquerque, NM

for Appellee

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Jocelyn C. Drennan
Patrick A. Coronel
Jeffrey M. Croasdell
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**ZACHARY A. IVES, Judge**